JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO HERRERA,<br><br>            Petitioner,<br><br>    v.<br><br>C. PFEIFFER, Warden<br><br>            Respondent. | Case No. CV 20-10583-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the First Amended Petition is denied and dismissed with prejudice.

DATED: August 03, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE